## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANTONIO MARTINEZ,

      Plaintiff,

v.                                      No. 14-cv-0160 LAM/SMV

JOSE GUTIERREZ and J & B TRANSPORTATION,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      March 5, 2014, at 10:00 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is hereby set **March 5, 2014, at 10:00 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

      **IT IS SO ORDERED.**

 

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.