IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO MARTINEZ,

    Plaintiff,

v.                                                                                                                                 No. 14-cv-0160 WJ/SMV

JOSE GUTIERREZ and
J & B TRANSPORTATION,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    August 19, 2014, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **August 19, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                           _____

                                                                                           **STEPHAN M. VIDMAR**
                                                                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.