IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO MARTINEZ,

        Plaintiff,                               No.  2:14-cv-00160-WJ/SMV

v.

JOSE GUTIERREZ and
J & B TRANSPORTATIONS,

        Defendants.

## STIPULATED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THEIR EXPERT DISCLOSURE DEADLINE

THIS MATTER comes before the Court on Defendants Jose Gutierrez and J&B Transportations' Unopposed Motion to Extend Defendants' Expert Disclosure Deadline and Other Corresponding Deadlines ("Motion").  Plaintiff does not oppose this motion, so long as the remaining deadlines are equally extended.  The Court finds that the Motion is well-taken and shall be GRANTED.

WHEREFORE,

**IT IS ORDERED** that Defendants Jose Gutierrez and J & B Transportations' to Extend Defendants' Expert Disclosure Deadline and Other Corresponding Deadlines, filed August 15, 2014, is hereby granted and the following revised deadlines shall apply:

| | |
|---|---|
| Defendants expert witness disclosures due | November 3, 2014 |
| Discovery closes | December 29, 2014 |
| Discovery motions due | February 2, 2015 |
| Pretrial Order due to Court | April 6, 2015 |

                                                                                                  _____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

**APPROVED:**

<u>*Approved via email 8/19/14*</u>
Bryan L. Williams
Ron Bell Injury Lawyers
610 Seventh St. NW
Albuquerque, NM  87102
505.242.7979 Ext. 280
*Counsel for Plaintiff Antonio Martinez*

<u>*/s/ Stephanie K. Demers*</u>
H. Brook Laskey
Stephanie Kane Demers
McCoy Leavitt Laskey LLC
1805 Rio Grande Boulevard NW, Suite 2
Albuquerque, New Mexico  87104
*Counsel for Defendants Jose Garza and T & T Transports, Inc.*