## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANTONIO MARTINEZ,

      **Plaintiff,**                       No.  2:14-cv-00160-WJ/SMV

v.

JOSE GUTIERREZ and
J & B TRANSPORTATION,

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion for Dismissal with Prejudice.  The Court, being advised that Plaintiff and Defendant have compromised and resolved all issues in dispute among themselves, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for Dismissal with Prejudice be, and the same hereby is, granted, and all claims raised herein, as well as all claims that could have been raised herein, are hereby dismissed with prejudice.

_____
United States District Judge

APPROVED:

RON BELL INJURY LAWYERS


By *Approved 12/17/14*
    Bryan L. Williams
    610 Seventh St. NW
    Albuquerque, NM  87102
    Telephone:  505-242-7979 Ext. 280
    Facsimile:  505.243.7192

**Attorneys for Plaintiff**


McCOY LEAVITT LASKEY LLC


By    /s/ H. Brook Laskey
    H. Brook Laskey
    Stephanie K. Demers
    1805 Rio Grande Blvd. NW, Suite 2
    Albuquerque, New Mexico 87104
    Telephone: 505.246.0455
    Facsimile:  505.246.0193

**Attorneys for Defendant**